

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|   |   |   |
|---|---|---|
| | § | No. 08-25-00099-CR |
| EX PARTE: | § | Appeal from the |
| MICHAEL NICASIO, | § | 205th District Court |
| Appellant. | § | of Hudspeth County, Texas |
| | § | (TC# CV-06067-205) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order and remand this cause to the trial court to either release Nicasio on a personal bond or to set Nicasio's bond in an amount he can afford to pay. This decision shall be certified below for observance.

IT IS SO ORDERED this 11th day of July 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.